

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER ROGERS GREEN,<br><br>Defendant. | Case No. 1:25-CR-316<br><br>18 U.S.C. § 13 assimilating Virginia Code §§ 18.2-266, 270<br>(Driving While Intoxicated, Third Offense)<br><br>18 U.S.C. § 13 assimilating Virginia Code § 46.2-300<br>(Driving Without a Valid Operator's License) |

## **INDICTMENT**
### December 2025 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

### Count One
*(Driving While Intoxicated, Third Offense)*

On or about August 25, 2025, near Richmond Highway on Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER ROGERS GREEN, did unlawfully drive and operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath, as indicated by a chemical test administered as provided in this article, after his commission and conviction for two prior offenses, in 2018 and in 2021, in violation of Virginia Code § 18.2-266.  (In violation of Title 18, United States Code, Section 13, assimilating Virginia Code §§ 18.2-266, 18.2-270(A), (C)(1).)

## Count Two
*(Driving While Under the Influence, Third Offense)*

On or about August 25, 2025, near Richmond Highway on Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER ROGERS GREEN, did unlawfully drive and operate a motor vehicle while under the influence of alcohol, after his commission and conviction for two prior offenses, in 2018 and in 2021, in violation of Virginia Code § 18.2-266. (In violation of Title 18, United States Code, Section 13, assimilating Virginia Code §§ 18.2-266, 18.2-270(C)(1).)

## Count Three
*(Driving Without a Valid Operator's License)*

On or about August 25, 2025, near Richmond Highway on Fort Belvoir, Virginia, within the Special Maritime and Territorial Jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXANDER ROGERS GREEN, did unlawfully drive and operate a motor vehicle without a valid operator's license. (In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-300, a Class B Misdemeanor.)

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: *[signature]*
Christopher L. Galarza
Special Assistant United States Attorney
April N. Russo
Assistant United States Attorney

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

———————————————
FOREPERSON

** See Order, Dkt. No. 213, USA v. Comey, 1:25-cr-00272 (E.D. Va. Nov. 24, 2025)
Order, Dkt. No. 140, USA v. James, 2:25-cr-00122 (E.D. Va. Nov. 24, 2025)